# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00033-CR

---

### Ex parte Todd T. Bornhop, Appellant

---

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-21-100116, MR. LEON J. GRIZZARD, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Todd Bornhop seeks to appeal the trial court's denial of his application for writ of habeas corpus challenging a Governor's Warrant for his extradition to Missouri. However, the clerk's record does not contain the required trial court certification of Bornhop's right to appeal the ruling. *See* Tex. R. App. P. 25.2(a)(2) (requiring trial court's certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification); *see also Ex parte Tarango*, 116 S.W.3d 201, 203 (Tex. App.—El Paso 2003, no pet.) (explaining that "order denying habeas corpus relief is an appealable order within the meaning of Rule 25.2(a)(2)").

Accordingly, we abate this cause and remand it to the trial court for preparation and filing of its certification regarding Bornhop's right of appeal as required by the Rules of Appellate Procedure. *See* Tex. R. App. P. 34.5(c)(1) (authorizing appellate court to direct trial court clerk to file supplement containing items omitted from clerk's record), (2) (providing that

where appellate court orders trial court to prepare and file certification of right to appeal, trial court clerk must "prepare, certify, and file in the appellate court a supplemental clerk's record"), 44.4. A supplemental clerk's record containing the trial court's certification shall be filed with this Court no later than June 17, 2022. *See id.* R. 25.2(d), 34.5(c)(2).

It is ordered on May 27, 2022.


Before Justices Goodwin, Baker, and Triana

Abated and Remanded

Filed:   May 27, 2022

Do Not Publish